# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO

In re:

| | |
|---|---|
| Randy L. Colvin | Case No. 07-56586 |
| Kimberly A. Colvin | Chapter 7 |
| Debtor(s) | Judge Hoffman |

## NOTICE TO THE CLERK OF THE COURT
## SMALL UNCLAIMED FUNDS AND DIVIDENDS

The attached check in the amount of $13.60 represents the total sum of unclaimed funds and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those small dividends and unclaimed funds are as follows:

| CREDITOR NAME AND ADDRESS | CLAIM NO. | AMOUNT |
|---|---|---|
| Discover Bank/DFS Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | 1 | $ 1.32 |
| Grand Design Group<br>211 North Fourth Street<br>Columbus, Ohio 43215 | 2 | $ 0.17 |
| FIA Card Services NA<br>Attn Mr BK<br>1000 Samoset Dr<br>DE5-023-03-03<br>Newark, Delaware 19713 | 3 | $ 4.42 |
| Grant Reporting Service<br>P O Box 0156<br>Somerset, Kentucky 42502-0156 | 7 | $0.02 |
| American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, Pennsylvania 19355-0701 | 11 | $ 0.99 |

| Name/Address | # | Amount |
|---|---|---|
| Behal Sampson Dietz Building Design<br>990 West Third Avenue<br>Columbus, Ohio  43212 | 12 | $ 3.25 |
| Connie J Klema Esq<br>5103 York Rd Unit 2<br>PO Box 991<br>Pataskala, Ohio  43062-0991 | 13 | $ 0.36 |
| City of Columbus<br>Dept of Public Utilities<br>910 Dublin Rd<br>Columbus, Ohio  43215 | 14 | $ 0.09 |
| Columbia Gas Of Ohio Inc<br>200 Civic Center Dr 11th Fl<br>Columbus, Ohio  43215 | 15 | $ 0.45 |
| Classic Papering & Painting<br>1061 Goodale Blvd.<br>Columbus, Ohio  43212 | 16 | $ 1.61 |
| Carlile Patchen & Murphy LLP<br>c/o Jessica K Vllasi<br>366 East Broad Street<br>Columbus, Ohio  43215 | 23 | $ 0.92 |

Total Unclaimed/Small
Dividends $25.00 or under

$ 13.60

Total Unclaimed
Dividends Over $25.00

Date:  June 10, 2010

/s/ *William Todd Drown*
William Todd Drown, Case Trustee

cc:  U.S. Trustee